# United States District Court
# For The Western District of North Carolina
# Asheville Division

Wallace F. Hazelton, Jr. ,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         1:09-cv-418

Van Duncan, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/1/09 Order.

December 1, 2009                           FRANK G. JOHNS, CLERK

                                             s/Joan Gosnell
                              BY: _____
                                      Joan Gosnell, Case Manager